[No. 13243–1–I.   Division One.   July 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD
ERIC WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–8–04616–9, Terrence A. Carroll, J., entered
April 11, 1983. *Affirmed* by unpublished opinion per Cor-
bett, A.C.J., concurred in by Williams and Ringold, JJ.

[No. 13231–8–I.   Division One.   July 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREW
MUSE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–02922–6, Warren Chan, J., entered May
10, 1983. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Swanson and Scholfield, JJ.

[No. 12836–1–I.   Division One.   July 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
WALLACE DICKERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–03166–2, Liem E. Tuai, J., entered Janu-
ary 21, 1983. *Affirmed* by unpublished opinion per Ringold,
J., concurred in by Swanson and Callow, JJ.

[Nos. 13284–9–I; 13320–9–I.   Division One.   July 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
M. KRUMM, *Appellant.*

Appeals from a judgment of the Superior Court for King
County, No. 83–8–01592–0, Robert W. Winsor, J., entered
May 27, 1983. *Affirmed* by unpublished opinion per Swan-
son, J., concurred in by Durham, C.J., and Callow, J.